UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
08-CV-6284(JMR/FLN)

| | | |
|---|---|---|
| Campbell-Sevey, Inc. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Delta-T Corporation and | ) | |
| Bateman Litwin N.V. | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Pacific Ethanol Imperial, LLC | ) | |
| and Pacific Ethanol, Inc. | ) | |

This matter is before the Court for consideration of the Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on February 18, 2010 [Docket No. 111]. Plaintiff timely filed objections pursuant to Local Rule 72.2.

Based on a de novo review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that Pacific Ethanol's motion to dismiss [Docket No. 38] is granted; that Delta-T Corporation's motion to sever or transfer [Docket No. 56] is denied; and that Campbell-Sevey's motion for summary judgment [Docket No. 78] is granted in part and denied in part.

Dated: April 2, 2010

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States District Judge